UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(Newark Vicinage)


**CLOSED**

| | |
|---|---|
| INTERNATIONAL ALLOYS, INC. and AKJAY INTERNATIONAL, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> PTP CONSULTING, LLC; SALVATORE DAVI a/k/a SALVATORE J. DAVIE; CREED F. WHITE; JOSHUA C. WHITE; SCRAP TRANSPORT, LLC; WAYNESBORO RECYCLING; WHITE METAL RECYCLING; ATLANTIC COAST ALUMINUM RECYCLING; HANOVER RESOURCE RECOVERY; HRT TRUCKING, INC.; JOHN DOE NOS. 1-10; ABC CORP. NOS. 1-10, <br><br> Defendants. | Civil Docket No. 13-cv-02168 FSH-MAH <br><br><br> **DEFAULT JUDGMENT** <br> (Fed. R. Civ. P. 55(b)) |

On March 13, 2014, Plaintiffs International Alloys, Inc. and Akjay International, LLC, by and through their counsel, having moved for default judgment against Defendants Salvatore Davi a/k/a Salvatore J. Davie and PTP Consulting, LLC.  Based on the application and the accompanying affidavits, it appears that:

1. Salvatore Davi a/k/a Salvatore J. Davie, and PTP Consulting, LLC, have failed to appear in this action by timely pleading, responding to, or otherwise defending against, the Complaint in this action after being properly served with it. Accordingly, under R. 55(a) of the Federal Rules of Civil Procedure, default was entered against Salvatore Davi and PTP Consulting, LLC on August 15, 2013.

2. Salvatore Davi a/k/a Salvatore J. Davie and PTP Consulting, LLC, are not minors nor incompetent persons.

3. Salvatore Davi is not a current member of the military service.

4. Salvatore Davi a/k/a Salvatore J. Davie and PTP Consulting, LLC, are indebted to International Alloys, Inc. and Akjay International, LLC for a sum certain, which is the amount of in the amount of $384,053.53 based on contracts, invoices, purchase orders and proofs of payment underlying Plaintiffs' claims showing goods sold and delivered.

THEREFORE,

1. Judgment is entered under Federal Rules of Civil Procedure, Rule 55(b), jointly and severally, against Salvatore Davi a/k/a Salvatore J. Davie and PTP Consulting, LLC, in the principal amount of $383,371.24, and taxable costs in the amount of $682.29, for a total judgment of **$384,053.53**.

2. This judgment will bear interest at the ~~judgment~~ *statutory* rate from the date of this judgment until paid.

3. Pursuant to Local Rule 54.2, Plaintiffs are granted leave to file a motion for fees ~~and for a hearing on the same~~ within thirty (30) days from the date of entry of this Order. *Any request must include a statutory basis for fees and cite relevant case law.*

So ORDERED
4/7/14

By: _____
Hon. Faith S. Hochberg, U.S.D.J.

2102779_1